Prob 12A-IA

(Rev. 3/03)

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF IOWA

### Report on Offender Under Supervision

| | | | |
|---|---|---|---|
| **Name of Offender:** | Kenneth Jay Still | **Case Number:** | 04-065 |
| **Name of Sentencing Judicial Officer:** | James E. Gritzner | | |
| **Date of Original Sentence:** | 9/3/2004 | | |
| **Original Offense:** | T.18:922(g)(1) - Felon in Possession of a Firearm and Ammunition | | |
| **Original Sentence:** | 30 months imprisonment; 36 months supervised release | | |
| **Special Conditions:** | 1) Substance Abuse Testing & Treatment 2) No Alcohol 3) Mental Health Evaluation / Treatment | | |
| **Date Supervision Commenced:** | 5/26/2006 | | |
| **Assistant U. S. Attorney:** | Debra Scorpiniti | **Defense Attorney:** | Federal Public Defender |

## PETITIONING THE COURT

The offender has not complied with the following condition(s) of supervision:

| **Violation** | **Nature of Non-Compliance** |
|---|---|
| 1) You shall refrain from any unlawful use of a controlled substance. | a) On August 08, 2006, Mr. Still submitted a urine specimen for random drug testing. Kroll Laboratories reported on 08/14/06, that this specimen was positive for amphetamine / methamphetamine. |

Prob 12A-IA                                                                                          Report on Offender
                                                                                                      Under Supervision
                                                                                                              Page 2

                                      b) On August 16, 2006, this officer met with Mr. Still and confronted him on this positive laboratory report. Mr. Still admitted to taking "a couple of tokes of a pipe" of methamphetamine on or about August 05, 2006. He advised that this was his only drug use.

**U. S. Probation Officer Action:**

Mr. Still has been referred to Heartland Family Services for increased urine drug testing and outpatient substance abuse group treatment.

                                      Respectfully submitted,

                      By    _____

                                      Douglas C Statler
                                      U. S. Probation Officer
                                      Date: August 23, 2006

**The Probation Office recommends no action be taken at this time.**