Kenneth Jay Still
Reg. No. 03105-030
P.O. Box 1000
Sandstone, MN 55072

RECEIVED
07 JUL 30 PM 3: 13
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IA

July 24, 2007

**Honorable James E. Gritzner**
United States District Court Judge,
123 E. Walnut Street
Desmoines Iowa 50309

RE:  <u>US.A. v. Kenneth Jay Still, Cr. 04-65</u>

Your Honor:

    I have received a response, by the U.S. Attorney, to my request for a Rule 36 motion. Wherein Government portrays this request as a 28 U.S.C. sec. 2255, presenting that it is time barred. Again, I reassert that this is a request for a Rule 36 motion, ofwhich statute clearly reads, can be made at any time.

    The response points to paragraph 3 and 8 of the plea agreement, claiming it must be imposed. However, U.S. Attorney admitted:

> "The agreement of the parties only covered the imprisonment under Rule 11(c)(1)(C)"....
>
> "It did not include an agreement as to supervised release one way or the other"...

    These statements support Still's position in the original Rule 36 request. As previously cited in <u>U.S. v. Ginyard</u> 213 F.3d 83 (D.C. Cir. 2000) holds that supervised release is punishment, and therefore part of the sentence within the meaning of criminal procedure rule governing plea agreements, and if an agreed to sentence constituting the disposition of the case, precludes additionaly punishment, thus, if supervised release is not specified as part of the sentence, it can not be imposed.

I believe it is clear that the agreement did not include an agreement as to supervised release.  And I ask you to please let me go.  I've completed my agreement, and more.  But I am the one who came into your Court  because of a mistake.  And now I see it as a flaw has been discovered in a portion of the judgement.

I thank the Court for the integrate the U.S. Attorney has displayed in the case.

Please let me go home.

Respectfully,

Kenneth Jay Still

**CERTIFICATE OF SERVICE**
July 25, 2007
I hereby certify that I placed a copy of this document in the U.S. mail box in FCI Sandstone addressed to:
United States Attorney
Debra L. Scorpiniti
U.S. Annex. Suite 286
110 E. Court Avenue
Des Moines, IA 50309