# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 08-2623

United States,

Appellee

v.

Kenneth Jay Still,

Appellant

_____

Appeal from U.S. District Court for the Southern District of Iowa - Des Moines
(4:04-cr-00065-JEG-1)
_____

**MANDATE**

In accordance with the opinion and judgment of 12/29/2009, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

February 04, 2010

Clerk, U.S. Court of Appeals, Eighth Circuit